For Clerk's Office Use

| Judge | Rec'd |
|---|---|
| K | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 04 2020
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Herbert Overton Jr. ______ 15574-084
Plaintiff full name ______ Inmate No.

v. **CIVIL ACTION NO.** 7:20CV202

Veteran Affairs Medical Center
Defendant(s) full name(s)

______

*****************************************************************************************************************

A. Current facility and address: U.S. Medical Center For Federal Prisoners P.O. Box 4000 Springfield Missouri 65801-4000

B. Where did this action take place? U.S.M.C.F.P. Spingfield Missouri

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes __X__ No

If your answer to A is Yes, answer the following:

1. Court: ______

2. Case Number: ______

D. Have you filed any grievances regarding the facts of this complaint?

__X__ Yes ____ No

1. If your answer is Yes, indicate the result:

FMC Butner never came back to me after I sent the grievance

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Seven staff members came to give me a Shot and a Nurse with the needle she kept pinching my butt About eight times they sexually assaulted me.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

THEY assaulted me byy putting me in restraints For no apparent reason. I was not violent I let them do what they felt they had to do. THEY VIOLATED My PATIENT BILL OF RIGHTS.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I am asking for Eighty MILLION DOLLARS IN DAMAGES.

G. If this case goes to trial do you request a trial by jury? Yes X No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: ________________ SIGNATURE: ________________________

VERIFICATION:

I, ______________________________, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: ________________ SIGNATURE: ________________________

# Summation Letter

Dear Court, Judge, Clerk of The Court,

1990-1991 I Herbert Overton Jr of New York City needs you to know that when I was in The Military I was sexually assaulted by The Military personnel in My Platoon, When I had reported this, My Drill Seargent was not thrilled about what happen, anyway The person in my platoon admitted he was a Homosexual. My Drill Seargent I believe was a Homosexual because he assaulted me without just cause and I lost oxygen to The Brain. He choked me with all of his might, I fell out unconscious for about 5 minutes and then I was Trasported to a Hospital, Sheppards Air Force Base Hospital.

-2009- I Herbert Overton Jr of New York City needs you to know that while I was at Veteran Affairs Medical Center of Roanoke Virginia I believe that Two of these women where High on Something because I had only been there for about 3 days and they were Hooping and Hollering at me with no authority to do this. They were yelling all threw the Hallways, With no cause

-2009- The staff sexually assaulted me by pitching my butt six times without putting my haldol decanoate in me.

The people at Veteran Affairs Medical Center also put restraints on me for no apparent, I was not violent none whatsoever. I was never violent in my entire life at these people since I known these people about twenty five years I believe I am willing to take a polygraph Test to atest to The Fact.

Respectfully,

Herbert Overton Jr [illegible]

BOP# 15574-084

Summary of Facts

Dear Judge, Clerk of The Court,

I Herbert Overton Jr of New York City needs you to know that I have been delt an unfair hand dealing with the VAMC and FMC Butner they both refuse to give me the rite medicine and change my medicine and refuse me to go to my Hayes Hearing at the jail, My Attorney MS. UPSHAW refuses to represent me Fully at the Jail. I need the court to know what I put in writing at the U.S. Courthouse Kansas City Missouri that these people were Forcing medicine for no apparent reason. The FMC Butner Jail had me on Solitary Confinement for 7 years which is Cruel and unusual Punishment or discrimination because I am a Minister for The Nation of Islam and they Knew this and Lieutenant Barber busted open my left leg and Fractured my left hand with the handcuffs and they Aggravated assault me in front of seven witnesses They are false Profit hoarding, false belief fooling, false propaganda and False Perceptions and Defamation of Character and Slander against my Name. These people are Demonic Demons of The Earth that need to be Terminated From there positions because they abuse there powers. CODE RED Emergency Please Investigate because these things should have never happen.

P.S. GOD Bless You,
GOD Bless America

Respectfully,
Herbert Overton Jr
ATTorney AT Law
OMEGA SI PHI

DOP: 1539?-084

# Summation Letter

Plaintiff: Herbert Overton Jr. DEFENDANT: Veteran Affairs Medical Center

Dear Judge, Clerk of The Court,

I Herbert Overton Jr of New York City needs you to know I have been falsely Imprisoned, falsely accused by The Staff at The Veteran Affairs Medical Center.

These people are pathological liars and fuckmeistering trash. They committed Perjury in The 9th degree

These people have been false Profithooding, false beliefhooding false propurganda, false Perceptions committing Slander and Defamation of Character also.

I was sexually assaulted by staff. At VAMC.
The UCMJ Codes were violated
Patient Bill of Rights were violated.
Amendment 1, 2, 3, 4, 5, 6, 7, 8, 12, 14, were violated
MIRANDA RIGHTS WERE NOT EVEN READ TO ME.

Respectfully,
Herbert Overton Jr.
ATTorny AT Law
Political Science Pre-Law
OMEGA SI PHI

P.S. GOD Bless You,
GOD Bless America,

BOP # 15574-084

# HABEAS CORPUS

PLAINTIFF: HERBERT OVERTON JR.    DEFENDANT: Veteran Affairs Medical Center

(1) MIRANDA RIGHTS WERE NOT EVEN READ TO ME.

(2) Patient Bill of Rights have been violated

(3) Uniform Code of Military Justice Have been Violated.

(4) False Profithooding, False beliefhooding, False Perceptions AND False propaganda.

(5) Defamation of Character, AND Slander. By staff at Veteran Affairs Medical Center.

(6) Amendment 1, 2, 3, 4, 5, 6, 7, 8, 12, 14. were violated.

P.S. GOD Bless You
GOD Bless America

Respectfully,
Herbert Overton Jr
ATTORNEY AT Law
Political Science Pre-Law

OMEGA SI PHI

BOP# 15574-084

Herbert Overton Jr.
BOP#15574-084
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield Missouri 65801-4000

USDC.

Clerk, United States
210 Franklin Rd
Roanoke V
United States

Legal
Mail



T

District Court

...nd SW Suite 540

...irginia 24011-2208

...of America